**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Joseph Kaplan,                                                              Civil No. 09-390 (DWF/FLN)

        Plaintiff,

v.                                                                                        **ORDER**

Olga Abramovich, et al.,

        Defendants.

_____

Joseph Kaplan, *Pro Se*, Plaintiff.

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by

United States Magistrate Judge Franklin L. Noel dated February 26, 2009, all the files and

records, and no objections having been filed to said Report and Recommendation,

      **IT IS HEREBY ORDERED** that:

      1.    Plaintiff's "Application To Proceed Without Prepayment Of Fees And

Affidavit," (Doc. No. 2), is **DENIED.**

      2.    This action is summarily **DISMISSED** pursuant to 28 U.S.C.

§ 1915(e)(2)(B)(ii).

Dated:  March 26, 2009                    s/Donovan W. Frank
                                                            DONOVAN W. FRANK
                                                            Judge of United States District Court